**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-6357**

———————————

WAYNE RESPER,

                    Plaintiff – Appellant,

        v.

STATE OF MARYLAND; T. SIRES, Sergeant; SAWYER, Sergeant;
DETRICK, Sergeant,

                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter  J.  Messitte,  Senior  District
Judge.  (8:13-cv-03717-PJM)

———————————

Submitted:  August 20, 2015        Decided:  August 24, 2015

———————————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Wayne Resper, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Resper appeals the district court's orders denying relief on his motions for reconsideration in his 42 U.S.C. § 1983 (2012) proceeding.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Resper v. Maryland, No. 8:13-cv-03717-PJM (D. Md. Dec. 3, 2014; filed Feb. 12, 2015 and entered Feb. 13, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2